# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**　　　　　　　　　　　　　CRIMINAL NO. 1:17CR32-12
　　　　　　　　　　　　　　　　　　　　　(Judge Keeley)

**TIFFANY EDWARDS,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1512), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On October 11, 2019, the defendant, Tiffany Edwards ("Edwards"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Two of the Superseding Indictment. Edwards stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Edwards's statements during the plea hearing and the testimony of Mark Trump, Officer, Mon County Task Force, and Don Boykin, Agent, Internal Revenue Service, the magistrate judge found that Edwards was competent to enter a plea, that the plea was

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1512),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

freely and voluntarily given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 1512) finding a factual basis for the plea and recommended that this Court accept Edwards's plea of guilty to Count Two of the Superseding Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Edwards's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Two of the Superseding Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. EDWARDS                                                1:17CR32-12

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1512),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Edwards, and prepare a presentence report for the Court;

2. The Government and Edwards shall provide their versions of the offense to the probation officer by **November 5, 2019**;

3. The presentence report shall be disclosed to Edwards, defense counsel, and the United States on or before **December 20, 2019**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **January 8, 2020**;

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **January 17, 2020**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. EDWARDS**                                                   1:17CR32-12

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1512),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **January 17, 2020.**

The magistrate judge continued Edwards on bond pursuant to the Order Setting Conditions of Release (dkt. no. 11) entered on Jun3 8, 2017.

The Court will conduct the sentencing hearing for the defendant on **January 29, 2020** at **2:00 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 28, 2019

>        /s/ Irene M. Keeley
>        IRENE M. KEELEY
>        UNITED STATES DISTRICT JUDGE